| | |
|---|---|
| | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.** <br> The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1. <br> **Dated: January 14, 2010**  <br><br> _____ <br> **RANDOLPH J. HAINES** <br> **U.S. Bankruptcy Judge** |

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31845/501451243

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Claude David Serwit and Desiree R. Serwit <br>         Debtors. <br> _____ <br> Mortgage Electronic Registration Systems, Inc., by Flagstar Bank, FSB as Agent <br>         Movant, <br> vs. <br><br> Claude David Serwit and Desiree R. Serwit, Debtors, Diane M. Mann, Trustee. <br><br>         Respondents. | No. 2:09-BK-31775-RJH <br><br> Chapter 7 <br><br> ORDER <br><br> (Related to Docket #10) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 1, 2007 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems, Inc., by Flagstar Bank, FSB as Agent is the current beneficiary and Claude David Serwit and Desiree R. Serwit have an interest in, further described as:

> Lot 599, VAL VISTA CLASSIC, PARCEL 2, according to Declaration of Condominium recorded in Recording No, 2006-895427 supplement in Recording No. 2005-1761151, and Plat recorded in Book 740 of Maps, Page 33 supplement in Book 835 of Maps, Page 39, records of Maricopa County, Arizona.
>
> Together with an undivided interest in and to the common elements as set forth in said Declaration and as designated on said Plat

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT